# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN URIBE, | CASE NO. 1:05-CV-00776 AWI TAG |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| vs. | |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. (Docs. 9 and 11). Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Theresa A. Goldner for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(c). The new case number shall be **1:05-CV-00776 TAG**. All further documents filed in this action shall bear the new case number.

IT IS SO ORDERED.

**Dated:   January 24, 2006**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

1