# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN URIBE, | CASE NO. 1:05-cv-00776 TAG |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| vs. | (Doc. 14) |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The parties having filed a Stipulation of Dismissal (Doc. 14) pursuant to Fed. R. Civ. P. 41(a)(1)(ii),

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to bear his or her own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:  **January 26, 2006**           /s/ Theresa A. Goldner
**j6eb3d**                              UNITED STATES MAGISTRATE JUDGE